79,962-03

Judgment
Motion for new trial filed    No ☑ Yes ☐ Date _____

Deputy District Clerk

THE STATE OF TEXAS

VS.

Omar Alberto Ramirez

CAUSE NO. F WOO-50891-B

195th DISTRICT COURT _____

DALLAS COUNTY, TEXAS

## DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH
## APPOINTMENT OF ATTORNEY ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant in the above cause and states: I am the defendant in the above cause; I was convicted in this cause and now give Notice of Appeal to the Texas Court of Appeals for the Fifth Supreme Judicial District of Texas of Dallas, Texas, and that I am penniless, destitute and indigent person, too poor to employ counsel to represent me on the appeal, and too poor to pay for or give security for the Statement of Facts and a true copy thereof herein. WHEREFORE, I pray that the Court will appoint an attorney to represent me in this appeal and that the Court will order the Court Reporter of this Court to prepare and deliver me or my appointed Counsel the original and a true copy of the Statement of Facts in this case, together with all exhibits attached thereto if practical.

See attached letter
_____
Defendant

BEFORE ME, the undersigned authority, personally appeared the above Defendant, known to me to be the person whose signature appears above, and after being duly sworn on oath states that he is the defendant in the above cause, and that the matters and things set forth in the foregoing are true and correct in all things.

Felicia Pitre
District Clerk                          By _____
Dallas County, Texas                       Deputy District Clerk

## ORDER

The Defendant having requested the Court to appoint Counsel, it is Ordered the Honorable

Dallas County Public Defender  Address: _____

a regular licensed and practicing attorney of Texas, be, and he/she is hereby appointed to represent Defendant in prosecuting his/her appeal herein, and it is further Ordered that the Court Reporter is hereby directed to transcribe al of the notes as same may appertain to his cause and as taken during the

trial of this cause which began on _____ ,

and make Statement of Facts in duplicate and furnish same to defendant or his appointed Counsel.

_____
Judge

195

OMAR ALBERTO RAMIREZ
TDCJ-NO: 1072249
CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107-9606

FELICIA PITRE
GEORGE L. ALLEN COURTS BLDG.
600 COMMERCE St. 1st FL.
DALLAS, TEXAS 75202-4606

DATE: 24 AUGUST-2015

DEAR CLERK:

CAN YOU PLEASE FILE MY NOTICE OF APPEAL WITH THE 195th CRIMINAL DISTRICT COURT, MY CASE NO: W00-50891-N(B), AND MY HABEAS CORALIS NO: WR-79,962-03. THANK YOU AND I WAIT FOR YOUR ANSWER.

RESPECTFULLY SUBMITTED

OMAR ALBERTO RAMIREZ
TDCJ-NO: 1072249.

FILED

2015 SEP -3 PM 4:13

CAUSE NO: W00-80891-N (B)

OMAR ALBERTO RAMIREZ          *          IN THE 195th DISTRICT

VS.                          *          CRIMINAL COURT OF

THE STATE OF TEXAS           *          DALLAS COUNTY, TEXAS

### NOTICE OF APPEAL

NOTICE HEREBY IS GIVEN THAT OMAR ALBERTO RAMIREZ, APPELLANT, IN THE ABOVE NAMED CASE, HEREBY WANTS TO APPEAL THE DECISION DONE BY THE COURT OF CRIMINAL APPEALS ON JULY 29th, 2015, BY DISMISSING HIS APPLICATION OF WRIT OF HABEAS CORPUS UNDER ARTICLE 11.07 WITHOUT A WRITTEN ORDER.

ENTERED THIS ACTION ON THE 24 DAY OF 24 AUGUST 2015.

RESPECTFULLY SUBMITTED

OMAR ALBERTO RAMIREZ
TDCJ ID NO: 1072249
CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107-9606